### Carl Edward OWENS v. STATE.
### No. 20410.

Court of Criminal Appeals of Texas.
March 15, 1939.

Alfred M. Clyde, of Fort Worth, for appellant.
Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

The conviction is for theft of an automobile; punishment assessed at five years in the penitentiary.

Since his appeal was perfected, the appellant has filed a written request, verified by his affidavit, asking for the privilege of withdrawing his appeal. The request is granted and the appeal ordered dismissed.